IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER E. REGAN )<br>13 Evarts Street, NE )<br>Washington, DC 20002 )<br> )<br>   Plaintiff, )<br>               v. )<br>SPICER HB, LLC, )<br>3814 12th Street, NE )<br>Washington, DC 20017 )<br> )<br>and )<br> )<br>MATTHEW SPICER )<br>9703 Watts Branch Drive )<br>Potomac, MD 20854 )<br> )<br>   Defendants. )<br>_____) | Case No. 15-228<br>Jury Trial Demanded |

## NOTICE OF REMOVAL

Come now defendants Spicer HB, LLC ("Spicer HB"), and Matthew Spicer ("Spicer"), by counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and file this Notice of Removal of this case from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. As grounds for this Notice of Removal, defendants state as follows:

### BACKGROUND

1. On December 15, 2014, plaintiff filed a Complaint in the Superior Court for the District of Columbia ("Superior Court") assigned case number 2014 CA 007982 R(RP).

2. Plaintiff's Complaint alleges nine counts against defendants[1], including breach of contract, breach of warranty, breach of implied covenant of good faith and fair dealing, negligent

---

1 The Complaint purports to include Count I through Count X, but does not contain a Count VI.

misrepresentation, negligence *per se*, negligence, fraudulent misrepresentation, unfair trade practices, and alter ego liability.

3. This Notice of Removal is timely. Defendants first received a copy of the Summons and Complaint on or about January 26, 2015.

4. This Notice of Removal is being served upon plaintiff's counsel through the Court's electronic filing system. A Notification of Filing of Notice of Removal under 28 U.S.C. 1446(d) is being filed in Superior Court on this date and also served upon plaintiff's counsel through that court's electronic filing system.

5. There are two defendants in this case and they both seek removal.

6. Defendants attach hereto Spicer's Verification regarding his Maryland citizenship and status as the sole member of Spicer HB (Exhibit A), a copy of the Notification of Filing of Notice of Removal being filed in Superior Court (Exhibit B), and a copy of plaintiff's Complaint and the Exhibits thereto along with all other process, pleadings, and orders served upon defendants in civil action 2014 CA 007982 R(RP) in the Superior Court for the District of Columbia (Exhibit C).

## JURISDICTION AND VENUE

7. The Court has jurisdiction over this matter under 28 U.S.C. § 1332 as there is complete diversity of citizenship, as discussed below, and the amount in controversy exceeds $75,000.00, exclusive of costs. Venue is proper under 28 U.S.C. § 1441(a) as the state Court action being removed is pending in the Superior Court for the District of Columbia.

## DIVERSITY OF CITIZENSHIP

8. Complete diversity of citizenship exists between the parties.

9. Plaintiff is a citizen of the District of Columbia. *See* Compliant at 1, ¶1.

10. Defendant Spicer is a citizen of Maryland. *See* Compliant at 2, ¶5. *See also,* Spicer Verification, Exhibit A.

11. Defendant Spicer HB is also a citizen of Maryland. While plaintiff alleges that Spicer HB is a District of Columbia Limited Liability Corporation with its principal place of business in the District of Columbia, it is well-established that:

> **The citizenship for diversity jurisdiction purposes of limited liability companies is determined by the citizenship of its members**. *Abedrabbo v. Topps Meat Co., LLC*, 756 F. Supp. 2d 18, 24 (D.D.C. 2010); *Hoch v. Eli Lilly & Co.*, 736 F. Supp. 2d 219, 220 (D.D.C. 2010); *see also Stamper v. Wilson & Associates, P.L.L.C.*, No. 3:09-cv-270, 2010 U.S. Dist. LEXIS 31770, 2010 WL 1408585, at *10 (E.D. Tenn. Mar. 31, 2010) (concluding that a professional limited liability company's citizenship is that of its individual members).

*Cunningham & Assocs., PLC v. ARAG, LLC*, 842 F. Supp. 2d 25, 28 (D.D.C. 2012)(emphasis added). Thus, the citizenship of its members determines Spicer HB's citizenship for diversity purposes, and Spicer HB's sole member, Spicer, is a Maryland citizen. S*ee* Exhibit A. This establishes Spicer HB as a Maryland citizen for purposes of this Notice of Removal and complete diversity exists between plaintiff and both defendants.

## AMOUNT IN CONTROVERSY

12. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Defendants dispute plaintiff's allegations but "[t]he default rule governing the amount-in-controversy requirement is that 'the sum claimed by the plaintiff controls if the claim is apparently made in good faith.' *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288, 58 S. Ct. 586, 82 L. Ed. 845 (1938)." *Info. Strategies, Inc. v. Dumosch*, 13 F. Supp. 3d 135, 140 (D.D.C. 2014).

13.     Plaintiff claims separate monetary sums for each count but concludes with no *ad damnum* clause stating the total amount sought.[2]  Regardless of whether the amounts are cumulative or redundant, or some combination thereof (which appears to be the case), at least two counts each of which, taken alone, exceed the amount-in-controversy requirement.

14.     Count VIII seeks damages of $100,000.00, exclusive of interest and costs, plus an additional unspecified amount for attorneys' fees.  Count IX seeks $75,000.00 *plus* an additional unspecified amount for attorneys' fees.  As at least two separate counts independently satisfy the jurisdictional requirement all by themselves, the Complaint its entirety involves a controversy the sum or value of which exceeds $75,000, exclusive of costs and interest.

## CONCLUSION

Because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00 exclusive of interest and costs, this Court has jurisdiction over the matter under 28 U.S.C. §1332 and defendants are entitled to remove the matter under 28 U.S.C. 1441(a).

Respectfully submitted,

MATTHEW SPICER
SPICER HB, LLC
By Counsel

 /s/   Mark D. Crawford
Mark D. Crawford (Bar No. 449004)
Law Offices of Mark D. Crawford, PLLC
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703-351-5024
703-351-9292 (fax)
mcrawford@mdc-law.com

---

2 Counts I, II, III, IV, V and VII each seek a sum of $25,000.00 plus unspecified sums for attorneys' fees.  Count VIII seeks $100,000.00 plus attorneys' fees, and Count IX seeks $75,000.00 plus attorneys' fees.  Count X does not specify any monetary amount claimed.

## Certificate of Service

I hereby certify that on the 18th day of February, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

>Peter D. Antonoplos, Esq. (D.C. Bar No. 485119)
>Antonoplos & Associates, Attorneys at Law
>1725 DeSales Street, NW, Suite 600
>Washington, DC 20036
>Attorney for Plaintiff

>　　/s/   Mark D. Crawford
>Mark D. Crawford (DC Bar No. 449004)